UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03491-RM-KMT

CHRISTY PORCO,

    Plaintiff,

v.

VALLEY-WIDE HEALTH SYSTEMS, INC.,

    Defendant.

---

**STIPULATED DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant Valley-Wide Health Systems, Inc. and Plaintiff Christy Porco, by and through counsel, jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own fees and costs related to this action.

DATED this 23rd day of March 2021.

| | |
|---|---|
| */s/Diane S. King* | */s/ Lisa Hogan* |
| Diane S. King, #16925 | Lisa Hogan, #14132 |
| KING & GREISEN, LLP | Martine T. Wells, #42340 |
| 1670 York St | Bridget C. DuPey, #53958 |
| Denver, CO 80206 | BROWNSTEIN HYATT FARBER |
| Telephone: (303) 298-9878 | SCHRECK, LLC |
| Fax: (303) 298-9879 | 410 Seventeenth Street, Suite 2200 |
| king@kinggreisen.com | Denver, CO 80202 |
| | Telephone: (303) 223-1100 |

1

Fax: (303) 223-1111
lhogan@bhfs.com
mwells@bhfs.com
bdupey@bhfs.com

2